AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| ERNESTINE HUFF <br> *Plaintiff(s)* <br> v. <br> NEW ENGLAND COMPOUNDING PHARMACY, INC <br> *Defendant(s)* | Civil Action No. 3:12CV 775 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* New England Compounding Pharmacy, Inc.
c/o Gregory Conigliaro, Registered Agent
697 Waverly Street
Framingham, MA 01702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey J. Stesiak
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, IN 46635-1503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/28/2012

*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>New England Compounding Pharmacy, Inc.<br>c/o Gregory Conigliaro, RA<br>697 Waverly Street<br>Framingham, MA  01702 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>(DEC - stamp)<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 2780 0000 5577 2906 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JEFFREY J STESIAK ESQ
PEIFER MORGAN & STESIAK
53600 NORTH IRONWOOD DRIVE
SOUTH BEND IN 46635


E. Huff

kjs